```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA        :
:           KMW
:           [PROPOSED] ORDER
- v. -                          :
:
JUAN LUIS ALMANZAR HERNANDEZ,   :
:           19 Cr. 360 (KMW)
Defendant.                      :
:
:
------------------------------- x

WHEREAS, with the defendant Juan Luis Almanzar Hernandez's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 2, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Juan Luis Almanzar Hernandez entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Juan Luis Almanzar Hernandez's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            12-11          , 2019

                                    _____
                                    THE HONORABLE KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK