UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/20

      -against-

JUAN LUIS ALMANZAR HERNANDEZ,

                    Defendant.
-----------------------------------------------------------------x

ORDER
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

    At the defendant's request for an in-person proceeding, rather than a remote proceeding, the Court adjourns sentencing to December 14, 2020, at 11:00 a.m. The Government's submission is due by December 7, 2020.

    SO ORDERED.

Dated: New York, New York
         October 5, 2020

                                    KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE