UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JUAN LUIS ALMANZAR HERNANDEZ,

                   Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 360 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/20

KIMBA M. WOOD, District Judge:

At the defendant's request for an in-person proceeding, rather than a remote proceeding, the Court adjourns sentencing to February 17, 2021, at 11:00 a.m. Defendant's submission is due by February 3, 2021. Government submission is due by February 10, 2021.

SO ORDERED.

Dated: New York, New York
         December 7, 2020

                                        */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE