UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

|USDC SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #:_____|
|DATE FILED: 2/4/21|

-against-

ORDER
19 CR 360 (KMW)

JUAN LUIS ALMANZAR HERNANDEZ,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The defendant has communicated to the Court, through defense counsel, that he wishes to have an in-person sentencing. For that reason, and with the defendant's consent, sentencing is adjourned to April 29, 2021, at 11:00 a.m. Defendant's submission is due to the Court by April 15, 2021. The Government's submission is due by April 22, 2021.

SO ORDERED.

Dated: New York, New York
       February 3, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE