UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21

-against-

**ORDER**
19 CR 360 (KMW)

JUAN LUIS ALMANZAR-HERNANDEZ,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

At the request of the parties, the sentencing scheduled for April 29, 2021, is adjourned to June 23, 2021, at 10:30 a.m.; sentencing will be in-person.

Defendant's sentencing submission is due to the Court by June 9, 2021. The Government's sentencing submission is due by June 16, 2021.

SO ORDERED.

Dated: New York, New York
       April 19, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE