```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

        v.

JUAN LUIS ALMANZAR HERNANDEZ,

                      Defendant.
-------------------------------------------------------X

19-CR-360 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Juan Luis Almanzar Hernandez moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 107.)  The Government shall respond to Defendant's motion for a sentence reduction no later than July 20, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated:  New York, New York
          June 23, 2022

                                                    */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                              United States District Judge